| | |
|---|---|
| CRAFTON MOORE, | ) |
| | ) Case No.: 18-CV-00539 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| STATE FARM FIRE AND | ) |
| CASUALTY COMPANY | ) |
| Defendant. | ) |

## STATE FARM FIRE AND CASUALTY COMPANY'S MOTION FOR BIFURCATION AND STAY OF DISCOVERY ON BAD FAITH CLAIM

Pursuant to Federal Rule of Civil Procedure 42(b), Defendant State Farm Fire and Casualty Company ("State Farm"), by its attorneys, Meissner Tierney Fisher & Nichols S.C., hereby move this Court to bifurcate the Plaintiff's claims for breach of contract and promissory estoppel from the Plaintiff's claim of bad faith and further request this Court stay discovery on the bad faith claim until the underlying breach of contract claim is determined. This Motion is based on the allegations contained in the Plaintiff's Complaint, the attached Brief in Support of Motion for Bifurcation and Stay of Discovery on Bad Faith Claim, and the affidavit of Mark D. Malloy.

Dated this 11th day of April, 2018.

**MEISSNER TIERNEY FISHER & NICHOLS S.C.**

s/Mark D. Malloy

**Mailing Address**:
111 E. Kilbourn Avenue, 19th Floor
Milwaukee, WI 53202
Phone: 414-273-1300
Fax: 414-273-5840

Mark D. Malloy
State Bar No: 1035066
mdm@mtfn.com
Joshua J. Bryant
State Bar No: 1095175
jjb@mtfn.com
**Attorneys for Defendant,**
**State Farm Fire and Casualty Company**