UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CRAFTON MOORE,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM FIRE AND<br>CASUALTY COMPANY<br>Defendant. | Case No.: 18-CV-00539 |

## AFFIDAVIT OF MARK D. MALLOY IN SUPPORT OF STATE FARM FIRE AND CASUALTY COMPANY'S MOTION FOR BIFURCATION AND STAY OF DISCOVERY ON BAD FAITH CLAIM

MARK D. MALLOY, being first duly sworn on oath, deposes and states as follows:

1. I am a shareholder in the law firm of Meissner Tierney Fisher & Nichols S.C., 111 East Kilbourn Avenue, 19th Floor, Milwaukee, Wisconsin 53202.

2. Our law firm represents State Farm Fire and Casualty Company ("State Farm") in the above-captioned action, and I make this affidavit in support of State Farm's Motion for Bifurcation and Stay of Discovery on Bad Faith Claim.

3. Attached hereto as **Exhibit A** is a true and correct copy of the Certified policy Record for State Farm Policy Number 99-B7-L135-6.

4. Attached hereto as **Exhibit B** is a true and correct copy of State Farm Insurance Fire Loss Investigation Origin and Cause Summary dated April 17, 2017.

5. Attached hereto as **Exhibit C** is a true and correct copy of the transcript of the Examination Under Oath of Crafton Moore dated August 25, 2017.

6. Attached hereto as **Exhibit D** is a true and correct copy of the transcript of Crafton Moore's recorded statement, which was taken on March 22, 2017.

7. Attached hereto as **Exhibit E** is a true and correct copy of the transcript of Jennifer Williams's recorded statement, which was taken on March 29, 2017.

Dated this 9th day of April 2018.

_____
Mark D. Malloy

Subscribed and sworn to before me
this 9th day of April 2018.

_____
Notary Public, State of Wisconsin
My Commission: October 6, 2019