1   This is John Perreault with State Farm Insurance conducting a recorded interview.
2   Claim number 49-9W10-651.  Today's date is March 22nd.  It's approximately 10
3   minutes after 2. I am speaking with Crafton Moore in regards to a fire to his property.
4   Currently we are at his residence 3949 North 29th Street.

5   A   24th Street.

6   Q   I said 29th didn't I?
7   A   Yeah.

8   Q   My bad.  24th Street.  Thank you and the fire location was 3543 North 13th Street.
9       Mr. Moore can you please state your full name and spell your last name for me?
10  A   Crafton Moore.  M-O-O-R-E.

11  Q   And your date of birth sir?
12  A   ■■■■-69.

13  Q   And Mr. Moore have I advised you the recording or this conversation is being
14      recorded?
15  A   Yes.

16  Q   Do I have your consent to conduct the recording?
17  A   Yes.

18  Q   Have I previously advised you the recording could be considered a legal
19      document which is something that could be used in a court of law?
20  A   Yes.

21  Q   Okay and how long have you been at this address or this address on 24th?
22  A   30 some years.

23  Q   And who do you live here with?
24  A   Sister.

25  Q   And do you own the property?
26  A   Yes.

27  Q   How long have you owned it?
28  A   Oh 7 years.  '10 or '11.

29  Q   Okay and are you employed?
30  A   Yes.  Self-employed.

1

31     Q  So you said self-employed?
32     A  Yes.

33     Q  Okay.  What's your business?
34     A  C. Moore Property.

35     Q  And how do you spell C. Moore?
36     A  C.

37     Q  The letter C?
38     A  Yeah.  Letter C no dash Moore.

39     Q  M-O-O-R-E?
40     A  Yes.

41     Q  It's good I asked and how long have you been running C. Moore Properties?
42     A  Ah around about 6 or 7 years.

43     Q  Okay and you own a bunch of rental properties?
44     A  Yes.

45     Q  Um and I understand that you've done a bunch of work at this property.
46     A  Yes.

47     Q  Do you have like a general contractor's license or do you just buy the properties
48        and hire out the work?
49     A  I hire out the work.

50     Q  Okay.
51     A  I do (inaudible 2:27) work to it.

52     Q  Okay.  How many properties do you own currently?
53     A  Um 9.

54     Q  That's 9?
55     A  Yes.

56     Q  Okay.  How long have you owned these 9 properties?
57     A  Ah around about 6, 7 for 2 years.  The 1 for like 4 or 5.  The other 2 like 6 to 7
58        years.

59    Q    Okay.  Since you started this in approximately 2010 have you had any other
60          properties that you've owned but since sold off or no longer own?
61    A    No.

62    Q    Okay and when did you…when did you buy this property?
63    A    Which one?

64    Q    On ah 13th Street the one with the fire?
65    A    Oh within the 2 years.  2 years ago.

66    Q    Okay and do you recall who you bought it from? Was it a private party?
67    A    It was a city's house.

68    Q    Foreclosure then or abandoned?
69    A    Foreclosure.

70    Q    And do you recall what you paid for it?
71    A    I bought them in bundle.  Bought all 6, 7 at the same time.

72    Q    Oh okay.  Did they list an individual price or did they just say 6 houses here is the
73          price?
74    A    I think it was around about 6 to $6,000 I think 6 to $8,000 somewhere up in there.

75    Q    Per house?
76    A    Yes.

77    Q    Or for a total?
78    A    No.  For a house.

79    Q    Okay.
80    A    I was saying that that house was right around 6 to $8,000.

81    Q    And have you been renting it out since you bought it….?
82    A    Yes.

83    Q    About 2 years ago?
84    A    Yes.

85    Q    This is a hard way to have a conversation.  It's just not normal.  If you could just
86          wait.
87    A    Oh until you are done.

3

88    Q   Yeah. I appreciate that.  Thank you.  Um you said that you did a bunch of work to
89         the property shortly after you bought it?
90    A   Yes.

91    Q   What work did you all do if you recall?
92    A   Ah I had electric done, plumbing ah windows, cabinets, doors, um painting the
93         outside, the back um what was this called.  The back door entrance where the
94         um.

95    Q   That little roof area?
96    A   Yes.  It's like a little roof area.  That reshape.  Was bottled up.

97    Q   Okay.
98    A   Because it was leaning.  It needed a roof on that and um that's about it.

99    Q   Okay.  When…. when was that work all done?
100    A   Within this last year but not this last year but 2016.

101    Q   Okay.  Um we had asked you to provide the permits and things.
102    A   Yeah. I gave that to.

103    Q   Yeah.  So this plumbing permit was November 16 ah 2016 and this was electrical
104         permit and that was February of 2016.  Was that about when you bought it or….
105    A   No.

106    Q   Had you had it for….
107    A   I already had it for a while before that.

108    Q   Okay.  Um and this it looks like it was just to replace the service panel?
109    A   Yeah. Service.

110    Q   Is that correct?
111    A   Yes.

112    Q   Did you do any other work because they I think you were telling the prior claim
113         representative that there was some other electrical work that was done on the
114         house?
115    A   Yeah.  We did a ceiling fan in the living room.

116    Q   Okay.  Do you have a separate permit or anything for that work?
117    A   No, because just asked who did that while he was just doing the other one I said
118         could you just put a ceiling fan up too.

119   Q   Okay.  Um so he never took out a permit for it?
120   A   No.

121   Q   Did you ever have any contract with him for that work?
122   A   No. I think he just.  No, I didn't think I have a contract.  He just charged me a little
123       extra for him to do that.

124   Q   Okay.  So you said he did some ceiling fans?
125   A   Yeah, just one.  The living room.

126   Q   Okay.  Any other electrical work that was done since you bought it?
127   A   No.

128   Q   And the plumbing permit it looks like they just put a new toilet, sink and a water
129       heater?
130   A   Mm-mm.

131   Q   Was there any other plumbing work that was done?
132   A   Ah.

133   Q   With this by this plumber?
134   A   Yes.  He did all the plumbing.  He like ran some pipes from the water heater up
135       you know to the fixtures because all the somebody took all the carpet out.

136   Q   Nice.  Okay and you also submitted this and I don't know if you talked with the
137       other claim rep.  Um this is listed house insurance itemized worksheet.
138   A   Uh-huh.

139   Q   I don't really understand what this document is.
140   A   Oh let me see.  Oh he wanted me to put the prices down on what what stuff that
141       costed what I had done and what was the materials.

142   Q   Okay.  So you made that after this fire happened….
143   A   Yes.

144   Q   To say kind of explain what you did to the house?
145   A   Yes.

146   Q   Okay.  All right.  Um do you have now I know you said you hired some out and….
147   A   Yeah.

EXHIBIT D

148    Q   You did some work yourself.  Do you have any other invoices or aside from the
149        plumbing and electrical that we talked about did you do all the work the rest of
150        this work?
151    A   Yeah, most of it yes like the doors stuff like that.  Yes.

152    Q   Okay.  Since the fire destroyed most of the property do you have any receipts to
153        show?
154    A   Yes.

155    Q   And can you provide those?
156    A   Yes.

157    Q   For like materials?
158    A   Yeah.

159    Q   Okay and this next document is something else you sent in.  It says contract on
160        top and then we can't really read a lot but then it says um something about the
161        back bottom plate.
162    A   Oh this that little back hallway I was talking about.

163    Q   Okay.  That was the framing for that?
164    A   Yeah.  The framing.

165    Q   Okay and who is the company who gave you that?
166    A   Um I know his name is Tony something. I can't. I can't really see it right here.
167        Contractor Tony something.

168    Q   Does he have a company name or do you use him?
169    A   I just I use him (inaudible 11:47)

170    Q   Okay.  Do you still have your original copy of this that would show that better?
171    A   Was that it?  No.

172    Q   That is for a different property.  That's for 37th Street.  That better.  It looks like it's
173        Tony B-R-U-C-K.  Bruck.  I got an address of 3370 North 26th.  Okay.  You might
174        just want to hold that out.  I will just take a picture of that so I can get a better
175        image of that and then there is 2 other receipts.  One says is dated February 25,
176        2016 paid in full and says electrical service repairs for $1,400.
177    A   Yeah.

178    Q   Um and that was for the?
179    A   Yes.

EXHIBIT D

180     Q   What was the name of him?
181     A   Contract.

182     Q   Gee. Right in front of me. Hawkins.
183     A   Yes.  Hawkins.

184     Q   And then.
185     A   That's the rent receipt.  They want me to show a rent receipt.

186     Q   Okay.
187     A   That's not about the repairs right there.   That's for like the rent some of the
188        places getting rented they are the same ah.

189     Q   Oh for the tenant you had signed up?
190     A   Yes.

191     Q   Okay.  So what's her first name? I can see something Williams.
192     A   Jennifer.

193     Q   Jennifer and what's the total amount there?
194     A   Ah it's $1,000 she owed.  (inaudible 14:55) $300.  No.  No.  That rent was
195        $1,000.  She owed $800.

196     Q   But well it looks like I can't read the first word but it's something $1,000.
197     A   Yeah.  $1,000 because she.  Let me see.  (inaudible 15:22) Try to remember
198        stuff.  Yes.  $1,000 (inaudible 15:40)

199     Q   I'm sorry.  What was it?  Can I see that?  You said she gave it. Oh she gave you
200        $1,000 and owed.
201     A   Yeah.

202     Q   $800.
203     A   When she moved.  She has moved in that that next morning after the fire.

204     Q   I thought the rent was $900?
205     A   Yeah.  It is.  That's rent and security.  That's $1,800.

206     Q   I gotcha.  This is my poor man's photocopier.  I will picture that one before I
207        forget.  Did you return that to her since she can't move in?
208     A   Ah.

EXHIBIT D

209  Q  Have you talked to her about that?
210  A  Yes.  Ah she is waiting for me to um get this other place (inaudible 16:37).

211  Q  So she is just going to slide over into a different unit that you own?
212  A  Yeah.

213  Q  Okay and what's the other property she is going to move into?
214  A  I don't know which property is going to be open first because I have um another
215     tenant I might evict and then I'm fixing on one so I don't know what's the um
216     process I'm doing right now.

217  Q  Okay.  So you don't have one available for her right now?
218  A  No or if she don't wait.

219  Q  Well she gave you that several weeks ago and you are just holding her money.
220     Doesn't she want you to return it?
221  A  No.  She trusts me so she's like I will wait and see if something come up.  She
222     said if something come up she will just come back and ask me for the money.

223  Q  Okay.  Is did you know her before you started talking to her about renting this
224     property?
225  A  Um no.

226  Q  How did you meet Ms. Williams?
227  A  Through a friend of mine.

228  Q  Who is the friend that introduced you?
229  A  Oh I don't know his real name. I think his name is Terrance. I don't know his real
230     name.

231  Q  Does he go by a nickname?
232  A  Yeah.  T-bone.

233  Q  Okay.  So you bought the house about 2 years ago.  Did you have it insured
234     before State Farm?
235  A  No.  I couldn't get it insured until it was fixed.

236  Q  Okay but you had a tenant in there before?
237  A  Yeah.

238  Q  What did you not have fixed that you had a tenant in there but you couldn't get
239     insurance?

240    A  I had just got um it fixed all the way like you said when um.  The receipt say
241        what?

242    Q  This is a more than a year ago, February 25, 2016.
243    A  I know but then I had did the plumbing.  They was in there only from like June or
244        August.

245    Q  Okay.
246    A  And then I got the insurance like the next couple months.

247    Q  Okay.  When did you get insurance?
248    A  Ah I was trying to get insurance for um back in December/October but something
249        did fall through like my money wasn't right or…or the insurance people came out
250        said something something I need to do something and then that January I got
251        insurance.

252    Q  Did you were you only talking with State Farm Insurance about insuring it?
253    A  Yeah, because all my other houses are through State Farm.  I think he said he
254        needed to check the roof and there was snow or something.  He couldn't check
255        the roof at the time so they couldn't.

256    Q  So you think it was in June of 2016 that you talked to State Farm about
257        insurance?
258    A  No.  I talked to him about insurance back in like October/December.

259    Q  Of what year?
260    A  16.

261    Q  Okay and then the agent said that you needed to get some things fixed?
262    A  Yeah.  He needed to get the roof and I think there was snow on the roof or
263        something was going on.  So yeah I'm thinking my money wasn't right or
264        something was happening. I don't remember exactly what and then that January
265        I just went and got insurance.

266    Q  Okay, but you had a tenant in there beforehand?
267    A  Yeah.  The few months beforehand.  Yes.

268    Q  Okay.  So all of your other properties are insured by State Farm?
269    A  Yes.   Not all but 1, 2, 3.  1, 2, 3, 4, 5.  5 of them are.

270    Q  Okay.  What about the other ones?
271    A  Well 6. Um 2.  I was fixing up um 3 of them or fixing up 3 of them.

9

272    Q  So they are in the process of being rehabbed?
273    A  Yes.

274    Q  Okay.  So you obviously don't have tenants in those 3 then?
275    A  No.

276    Q  Okay.  So you had a tenant in there this ah Ms. Grande?
277    A  Uh-huh.

278    Q  And you evicted her.
279    A  Yes.

280    Q  And the eviction it looks like it was started January 17 of this year?
281    A  Yes.

282    Q  When was she.  When did she move out?
283    A  Um the first of that month.  The first um the month it caught fire.

284    Q  March?
285    A  Yeah.

286    Q  Okay and did she pay you it looks like you were suing her for $1,100?
287    A  Yes.

288    Q  Plus the eviction?
289    A  Yes.

290    Q  Did she pay you that back rent?
291    A  No. I was still going to court for all that.

292    Q  Okay and I think you said that you were doing some repairs to the house after
293       she moved out before the new person moved in?
294    A  Yes.

295    Q  Um what repairs were you doing?
296    A  I was repainting the whole house and tidying up downstairs and fixing doors
297       again and.

298    Q  So painting the entire house?
299    A  Yes.

Case 2:18-cv-00539-NJ   Filed 04/11/18   Page 10 of 22   Document 15-4   EXHIBIT D

300    Q   Was she not a good tenant and messed it up or?
301    A   She is a rough tenant.

302    Q   Well what did she do that needed to paint the whole house?
303    A   It was just.

304    Q   She is not there for a long time right?
305    A   Yeah, but still some people just don't take care of things like.

306    Q   You said you had to replace some doors?
307    A   Yeah.  She had some doors kicked in.  Broke.  Different stuff.  Locks off.
308        Different issues.

309    Q   Did you make a when you sued her did you make a claim for that as well?
310    A   No. I was going to put it all in the claim and take it to um court.

311    Q   Okay.  Do you have an itemization of everything that was damaged that you are
312        going to claim against her?
313    A   Not yet. I was going to do that.

314    Q   Okay.  So painting.  Doors.  How many doors did she kick in?
315    A   Like….

316    Q   Or were kicked in?
317    A   Like 2 was messed up.

318    Q   Okay and then you said replace the locks?
319    A   Yeah from this door because I guess she locked herself out of there or whatever.

320    Q   Okay.
321    A   And messed up the door on the lock.

322    Q   Okay.  Um anything else that you had to do like the flooring at all or?
323    A   No.  No.

324    Q   Okay.  Um did you replace the locks after she left?
325    A   Yes.

326    Q   Did you already replace the doors before the fire happened?
327    A   Yes.

328   Q   Okay and did you get all the painting done or?
329   A   I just had done finished that night and the girls could move in that morning.  That
330         was fast.

331   Q   So that was the third?
332   A   Mm-mm.

333   Q   That you had all the painting was done?
334   A   All the painting was done on the 3rd probably like 8:00 that night.  We had
335         cleaned up everything and I was ready for the next person to move in.

336   Q   Did you have all of your stuff out of the place?
337   A   No. I just cleaned up and all my tools and different stuff was still there.

338   Q   What did you leave in there?
339   A   Ah a couple drills, saw ah painting stuff, the sanding stuff, um just a lot of a lot of
340         stuff just fix just.

341   Q   But they are moving in the next day why did you leave all that stuff there?
342   A   Because we were still mainly cleaning up and then we was tired because we was
343         painting all day rushing trying to get stuff done and nobody feel like really doing
344         nothing else.  Everybody just okay just leave it there because we still had the
345         little touchups and whatever.

346   Q   You say we.  Who is we?
347   A   Me and my brother and another friend of mine helped paint.

348   Q   And who is your brother?
349   A   Samuel Moore.

350   Q   And your friend?
351   A   Ah um what is his name?  Um Norman Birchdale.

352   Q   Can you spell his last name for me?
353   A   Spell his last name. (laughing)

354   Q   Say it again?
355   A   Bartzdale.  Bartsdale.

356   Q   Barch.
357   A   Bart.

Case 2:18-cv-00539-NJ   Filed 04/11/18   Page 12 of 22   Document 10-4   EXHIBIT D

358    Q  Or Bart.
359    A  Bartsdale.

360    Q  Do you have a phone number for him or?
361    A  No.  I don't have no number.

362    Q  Is he your friend or your brother's friend or both?
363    A  No.  He was my friend but he ain't got no phone.

364    Q  Okay.  Um are they employees of yours or do you just….
365    A  No.  They just helped me that day for.

366    Q  Okay.  Have they helped you before?
367    A  Sometimes.  They are from the east.  I would probably go get them have him
368       paint or something.

369    Q  Okay.
370    A  Clean up something.  Whatever.

371    Q  When they do that do you pay them at all or is it just?
372    A  Yes, I pay them.

373    Q  A case of beer payment?
374    A  I pay them.  No.  They ain't work for no beer.  They want their money so I pay
375       them or whatever.

376    Q  Okay.
377    A  Whatever the job cost.

378    Q  Do you recall what you paid these two for work on this?
379    A  Oh paint the whole house.  Um I paid them about $250, $300 apiece.

380    Q  Do you keep records of what you paint…?
381    A  (inaudible 28:01)

382    Q  Okay.  So you are painting until about 8:00 that night?
383    A  Yes.

384    Q  And I'm assuming you were there at the time?
385    A  Yes.

EXHIBIT D

386    Q   Okay. Do you know who or the last one was to leave the building?
387    A   I don't know off the top. Basically all was just leaving at the same time.

388    Q   Did you lock the doors behind you?
389    A   Yes.

390    Q   Do you normally check to make sure all the doors and windows and such are
391       locked?
392    A   Yes.

393    Q   Now did you check or did one of the other guys check and just tell you?
394    A   Um usually they already be locked when I come in like so we don't open. We
395       use only the one door. So I didn't really check check but I somewhat assumed
396       that everything should be still locked the same way because nobody opened
397       nothing or nothing.

398    Q   Okay. Who all has keys for this property?
399    A   Only me.

400    Q   Okay. Um is this a lock where you have to turn around, put the key in there, spin
401       it and then leave?
402    A   Yes.

403    Q   Okay. So then if you have the only keys then you would have been the one to
404       lock the door?
405    A   Yes.

406    Q   Do you have any specific or recall if you locked the door that night?
407    A   Yes. I locked the door that night.

408    Q   Okay.
409    A   Because I wasn't going to leave it unlocked because I know if I would have left it
410       unlocked I don't know what would happen if ole girl was still mad at me I evicted
411       so. I made sure it was locked.

412    Q   Did you have any. Well after the eviction did you have any conversation with her?
413    A   Yeah.

414    Q   Was it good or not good?
415    A   It wasn't too good.

416

Case 2:18-cv-00539-NJ   Filed 04/11/18   Page 14 of 22   Document 15-4   EXHIBIT D

417    Q   Okay. Can you tell me about it?
418    A   Well she just said I am going to get mine. Even I gave her an extra week to
419        move her stuff. I'm like how you still mad at me. I gave you an extra week to
420        even move your stuff. I could have just when the sheriff was here just have
421        everything out on the curb but I even gave you a week to get your stuff out.

422    Q   So my understanding is you evicted her because she wasn't paying the rent?
423    A   Yes.

424    Q   Did she ever give you an explanation as to why she couldn't pay the rent?
425    A   She said she had went to jail or something.

426    Q   Do you have any…. well first off my understanding is the last when somebody
427        from State Farm talked to you about the cause of the fire they were looking at
428        some wiring.
429    A   Uh-huh.

430    Q   Um have you since then have you spoken to anybody else about the cause of
431        the fire?
432    A   Um yes (inaudible 31:05) got caught on fire. Like somebody they said it might be
433        the wiring.

434    Q   Okay. Since that time we've had our investigator going in there and they have
435        ruled out the electrical.
436    A   Oh they did.

437    Q   And it looks what he is thinking right now is somebody intentionally set the house
438        on fire.
439    A   What?

440    Q   That there was gasoline poured in the house to set the fire.
441    A   There was gasoline poured?

442    Q   Yes. It's one of the reasons why I am here.
443    A   I didn't know that part.

444    Q   Okay.
445    A   Because like they were saying like it was like running in the walls and then they
446        said it was like the fire stuff when the things ran through the walls like from
447        socket to socket.

Case 2:18-cv-00539-NJ   Filed 04/11/18   Page 15 of 22   Document 15-4   EXHIBIT D

448    Q  Okay. Um so let's talk about all the stuff that was in the house when you last left.
449        You said some drills. Some other tools. Some paints.
450    A  Paints and stuff.

451    Q  Okay. Um what else was in there?
452    A  Um just usually just tools and painting materials and stuff like that.

453    Q  What kind of paint were you using? Where do you get your paint?
454    A  Home Depot.

455    Q  Okay. So is it the Behr brand? B-E-H-R.
456    A  Yeah. I had Behr and I had um the other one. The bucket is still in the place.

457    Q  Yeah.
458    A  The two buckets. I got them buckets still in the place.

459    Q  Just latex paint the stuff that you clean up with water?
460    A  Uh I don't know if it was latex or not. I think it was latex.

461    Q  How did you clean the brushes or rollers?
462    A  I usually rinse them out.

463    Q  With water?
464    A  Yeah.

465    Q  Okay and the paint came off with the water?
466    A  Yeah.

467    Q  Okay. That would be latex then. So all the paint was like that?
468    A  Yes.

469    Q  So there wouldn't be any paint thinner or anything like that in the house?
470    A  I think there was a can too there because we was cleaning up. I don't know if it
471        was empty or not but we was cleaning up like paint off the floor kitchen floor and
472        cabinets around there and stuff.

473    Q  Okay. Um so where were you using the paint thinner?
474    A  Like around the kitchen area and like the wood trim. Paint off the wood and stuff.

475    Q  Was that working?
476    A  Yeah. It was getting it off.

Case 2:18-cv-00539-NJ   Filed 04/11/18   Page 16 of 22   Document 15-4   EXHIBIT D

477   Q   And what type of paint thinner was it do you recall?  People say paint thinner it
478        can be a whole….
479   A   I don't know what kind it was.  I forgot.

480   Q   Do you remember where you bought it?
481   A   No.  It was some paint thinner I had for a minute.

482   Q   Okay.  The last 5 years people say a minute.
483   A   Yeah.

484   Q   And well it could be a minute or it can be 3 years.  So when you say you've had it
485        for a minute.  What do you mean by a minute?
486   A   Probably 6 to 8.  6 months to a year.

487   Q   Okay.  So it's way longer than a minute?
488   A   Yeah.  That's what I'm saying.

489   Q   I just it's just funny that lately are saying that.  It just confuses people like me.  So
490        for about a year you think you had that?
491   A   Yeah.

492   Q   Okay and what kind of a container was that in?
493   A   It was in a metal container.

494   Q   Did you take it home with you when you were done or was it still there?
495   A   No.  I think we had got finished it and throw it in the garbage.

496   Q   When did you.
497   A   It wasn't that much.

498   Q   When did you last use that?
499   A   Um that um that night.

500   Q   Okay.  Anything else that you'd have in there?  Any other tools or any other
501        chemicals or anything like that?
502   A   I'm trying to think.  It was just basically a lot of paint.  Paint and just tools
503        because everything basically was cleared out.  We had just moved all of her stuff
504        out of the house the stuff that she left.  We cleaned and then painted.  Then we
505        was cleaning up the paint spills or runs. That was about it.

506   Q   Did um so we talked before about you itemizing the damage that the prior tenant
507        did.

17

508    A   Uh-huh.

509    Q   Did you take any pictures of the damage?
510    A   No. I had some other pictures um from um because she did like a door too so I
511        didn't really but I had pictures of her um different stuff.  These are like different
512        stuff when I had went to court when I was throwing her out of the house. I didn't
513        really take stuff of the damages.

514    Q   You've handed me a couple blurry looks like cell phone pictures.
515    A   Yeah.

516    Q   That you printed out.  One is a couple mattresses.
517    A   Yeah.  She just had the house in a raid.

518    Q   Okay.  What are those pictures?
519    A   (inaudible 37:02 – paper shuffling) the house.

520    Q   What did you do with all of her stuff in there?
521    A   She moved all the stuff that she wanted.  Then she just left a whole bunch of
522        garbage for me and I moved it out.

523    Q   What did you ultimately do with the stuff she left?
524    A   I took it to the dump.  City dump.

525    Q   Did you do all the drywall in the house or have it done?
526    A   I have some done.  I did some drywall.

527    Q   Because I noticed in the ceiling in the living room or downstairs like all the joists
528        were furred out.  Do you know why that was?
529    A   I don't know.  That was like that when I got it.

530    Q   Okay.  Um this tenant the perspective tenant you have Jennifer Williams.  Um
531        when you signed that lease do you recall where you were physically when you
532        signed it?
533    A   We was um um by her job.  Um 30.  Was it 36, 37 and Miller?

534    Q   What's the name of the place where she works?
535    A   I don't even know.  It's like a daycare.

536    Q   So um you said you got done working at the place at about 8 that night.
537    A   Yes.

EXHIBIT D

538    Q  The night before the fire.  What did you do after you left at 8:00?
539    A  Nothing.  Just dropped everybody off.  Went home.  Took a bath.

540    Q  So you dropped off your brother and your friend?
541    A  Yes.

542    Q  Then you went home said took a bath?
543    A  Yeah.  Took a bath.  Then got ready to go out.  Went out that night.

544    Q  Where did you go?
545    A  Mr. Jay's I think.  Yeah.

546    Q  To where?
547    A  Mr. Jay's.

548    Q  Mr. Jay's.  What is Mr. Jay's?
549    A  It's a night club.

550    Q  Who did you go there with?
551    A  By myself.

552    Q  Did you see anybody there?
553    A  Yeah.  A lot of people there.

554    Q  Some friends of yours?
555    A  Yeah. Yeah, I think. I know a lot of people in there so I seen a lot of people.
556       There wasn't no particular like we met I met somebody there nothing like that.

557    Q  Okay. I am just socially awkward.  For me to go into a nightclub by myself
558       wouldn't happen. Is that something normal that you just go by yourself?
559    A  Yeah.

560    Q  Okay. Then you just meet other people and hang out with other people that you
561       know?
562    A  Yeah.

563    Q  Is that what happens?  Okay.  Um how long did you stay at Mr. Jay's?
564    A  Probably until closing.

565    Q  And which is what time?
566    A  Around 1:30, 2.

19

EXHIBIT D

567    Q  What time did you get there?
568    A  This is somebody doing some work for me.

569    Q  Go ahead. Sure. I will take a break.
570    A  (answers phone)

571    Q  Um so you said you left about 1:30, 2 in the morning?
572    A  Yeah.

573    Q  And what time did you get there?
574    A  Around about 10:30, 11.

575    Q  Okay and then where did you go after 1:30, 2?
576    A  Um did I go get something to eat? I don't know if I went and got something to eat
577       but then I came home.

578    Q  Um so this is the rental agreement with Ms. Williams that you gave to us?
579    A  Yes.

580    Q  Did you fill this out or who filled that out?
581    A  I filled it out.

582    Q  Okay. So you filled it out then she just signed it?
583    A  Mm-mm.

584    Q  That's yes?
585    A  Yes.

586    Q  Okay. Um the evening before the fire so you left at about 8. Did some things
587       then you went out to Mr. Jay's. Were you using your cell phone at that time?
588    A  I'm sure I did.

589    Q  You had it with you, you think?
590    A  Uh-huh.

591    Q  Okay. So ah I wasn't clear on your answer. Are you not sure if you used it?
592    A  Yeah I said I for sure I used my phone.

593    Q  You did okay.
594    A  Yes.

Case 2:18-cv-00539-NJ   Filed 04/11/18   Page 20 of 22   Document 1-4   EXHIBIT D

595    Q  Do you recall any calls that you made?
596    A  No.  Not really.

597    Q  Okay.  Aside from this claim have you ever made any other insurance claims?
598    A  Um yes.

599    Q  What and when and where?
600    A  Ah for ah it was ah storm damage to one of our houses.

601    Q  Okay.  Any others?
602    A  No.

603    Q  Have you had any other losses whether insured or not?  Any other storms to
604        other houses or car accidents or somebody's….
605    A  Yeah. I had an accident.

606    Q  Okay.  Car accident.  When was that?
607    A  In '13.

608    Q  Okay.  Um I think and I apologize because I look at a lot of files a day.  Um did
609        you mention that you had your car stolen recently?
610    A  No.

611    Q  Okay.  You never had a car stolen?
612    A  Years ago.

613    Q  Okay.  When was that?
614    A  Probably like '97, '98 or something.

615    Q  '98 you think?
616    A  Yeah.

617    Q  Was it found or what happened like that?
618    A  It was found.

619    Q  Was it returned to you then?
620    A  Yes.

621    Q  Was it in good condition?
622    A  No.

EXHIBIT D

623    Q  What happened to it?
624    A  They stripped it down took the rims off of it and the stereo system out of it.

625    Q  Okay.  Any other insurance claims that you made?
626    A  Eh-eh.  No.

627    Q  All right.  Let me see what else here.  Do you have current contact information for
628        Jennifer Williams?
629    A  I can get it.

630    Q  I think those are all the questions I had to ask of you right now.  Is there anything
631        else that is important that we haven't talked about?
632    A  Not that I can figure out.

633    Q  Okay.  All right. I am going to end the statement at this time.  Again you were
634        aware the conversation was recorded?
635    A  Mm-mm.

636    Q  That's yes?
637    A  Yes.

638    Q  All the answers are true and correct?
639    A  Yes.

640    Q  The time is 2:57. Thank you very much for your time.
641