Jennifer Williams statement
49-9W10-651

1  This is John Perreault with State Farm Insurance conducting a recorded interview over
2  the phone. Claim number 49-9W10-651. Today's date is 3-29-17. It's approximately 10
3  minute after 1. I am speaking with Jennifer Williams in regards to a fire at a house with
4  the address of 3543 North 13th Street in Milwaukee.

5  Q  Jennifer, could you please state your full name for me?
6  A  Hi. My name is Jennifer Williams.

7  Q  And could you give me your address please?
8  A  My current address is 3956 North 24th Place.

9  Q  Okay and your date of birth please?
10 A  My date of birth is REDACTED 1991.

11 Q  91?
12 A  91. 1991.

13 Q  Thank you and Jennifer are you aware this conversation is being recorded?
14 A  Yes, I am.

15 Q  Have I previously advised you the recording could be considered a legal
16    document which is something that could be used in a court of law?
17 A  Yes, you did.

18 Q  Okay. Um previous to the recording and basically the subject of the recorded
19    statement um is that you were going to move into this property on 13th Street
20    that's owned by Crafton Moore. Correct?
21 A  Yes. Yes, sir.

22 Q  Okay. Um can you tell me how you met Mr. Moore?
23 A  I met Mr. Moore um. He's um. He is actually a friend of the family um that's
24    really how I met him and I was looking for somewhere to move and he had that
25    beautiful single family so we proceeded. I went and looked and then we
26    proceeded with the rental um we proceeded with the rental part.

27 Q  Okay. Um how long have you known Mr. Moore?
28 A  I have known him for about. Well me personally I had known him for about 2
29    months but like I say he is a friend of the family so he kind of been around for a
30    while but me personally I have known him for like about 2 months.

31 Q  Okay. Who in your family is friends with him if you…?
32 A  Excuse my cough.

1

33 Q Who in your family is friends with him if you've only known him for a couple
34 months?
35 A My mom.

36 Q Did your mom introduce you then?
37 A Kind of sort of. You know like he seen me around like hi you (inaudible 2:31).
38 Thank you. Um you know kind of sort of. He just knows my family or whatever.
39 She didn't really introduce us but um (inaudible 2:42) He really. She didn't really
40 introduce us but you know he is like a friend of the family and he know that I am
41 Leslie's daughter.

42 Q Okay. Um how long have you been living on the 24th Place property?
43 A That's actually another property that I am moving into. I um right now I am just
44 staying with a friend but as far as like my paperwork and stuff that's the address I
45 am using because I am moving in there on the first. So any mail or anything that
46 you need to send me can be sent there.

47 Q So April 1st you are moving in?
48 A Yes.

49 Q Okay. Where are you currently living?
50 A I am currently staying with a friend.

51 Q And who is the friend?
52 A Nijah.

53 Q What's that?
54 A Nijah.

55 Q Can you spell that for me?
56 A N-I-J-A-H.

57 Q And what is the address where you are staying?
58 A Do you need her? Um do you need her address? I'm sorry I don't want to you
59 know give out her address for no reason. Like I said I am just currently just
60 staying there. Um I really don't want to state her address because I don't feel
61 like that's necessary.

62 Q Okay.
63 A Because generally I am just kind of sleeping on her couch at this point. It's not
64 like my home or anything.

Jennifer Williams statement
49-9W10-651

65 Q Okay. All right. I am just. If you don't want to give the information.
66 A Just curious. No. No. No problem sir.

67 Q That's up to you.
68 A Do your job. Do your job.

69 Q Okay. Um so when did you sign the lease agreement for the 13th property?
70 A The third of this month.

71 Q And um where.
72 A I was moving in the 4th.

73 Q Where were you that you actually signed it?
74 A Um he came to my job. My second job which is at a daycare on 35th and Villard.

75 Q Okay.
76 A I was on my lunch break and he um you know like as you know I am very busy
77 so he had to kind of catch me there.

78 Q Okay and did you fill out the lease agreement or did he fill that out?
79 A I did. I mean we both went over it like as far as like signatures and um the
80 agreement, the price, the my kids' names and things like that.

81 Q Okay but you filled out all the information that is on the rental agreement?
82 A As far as my name and stuff yes.

83 Q Okay. Did you fill out anything else like the address of the property or ah the
84 responsibilities that the tenant would have?
85 A No.

86 Q He did that?
87 A Yes. Um that's ah yes if I'm not mistaken. Yes. I was (inaudible 5:37) parts
88 pertaining to me and we went over it.

89 Q Okay and who was all going to be living at the property with you?
90 A Me, myself Jennifer Williams, my oldest daughter REDACTED She is 4 years old.
91 My middle daughter REDACTED She is 2 years old and I have a son, REDACTED He is
92 11 months.

93 Q Okay and what were the terms of the lease agreement?
94 A Month to month.

3

95  Q  Okay.
96  A  If I'm not mistaken. Um wow. Yeah. If I am not mistaken it was um month to
97     month because I want to almost say it's the same agreement as far as the house
98     that he have now which is also month to month.

99  Q  Okay. What was…what was the rent?
100 A  $900. $900? Yeah. $900.

101 Q  Okay and.
102 A  And that was the water bill included.

103 Q  You said that you looked at the house correct?
104 A  Yes, I did.

105 Q  Do you recall when you looked at the house?
106 A  Um I am kind of positive it was the 2nd. I am almost for certain that it was the 2nd.

107 Q  Okay. You looked at it then the next day you signed the rental agreement?
108 A  Yeah. It was. It was the 2nd. Yes.

109 Q  What was the condition of the house when you saw it?
110 A  Oh the house was nice. Um the walls were freshly painted. Um carpet. New
111    carpet. Um I could see some buckets went out.

112 Q  Okay and you were going to move in.
113 A  What won me was the fresh carpet and how beautiful the kitchen was. That's
114    actually what sold me the house. It was beautiful. It honestly was beautiful.

115 Q  Okay and you were planning in on moving in the next day the 4th?
116 A  Yes. The 4th because like I said I am (inaudible 7:51 – cuts out). So I am kind of
117    getting back on my feet and stuff. So the process was kind of quick um just
118    because just considering that I needed to be moved in like ASAP and there
119    wasn't really no point of waiting.

120 Q  Okay. Could you hold on just a moment ma'am?
121 A  Sure.

122 Q  I apologize. Hold on please.
123 A  I don't know. Like a recorded something. I don't know.

124 Q  I am back. I apologize for that.
125 A  No problem.

Jennifer Williams statement
49-9W10-651

126 Q Okay.
127 A Just let me know when the recorder back on so I (inaudible 9:08)

128 Q What's that?
129 A Have my children be quiet. I said just let me know when you are back recording
130 so I can have my children be quiet.

131 Q Yeah. Um I didn't. I never shut the recorder off.
132 A Oh. (laughs)

133 Q Um so you said you were going to move back in on the 4th?
134 A Yup. The 4th.

135 Q Okay. Um did you make the. Did you pay him anything?
136 A Yes, I did.

137 Q What did you pay him?
138 A $1,000 in the form of a money order.

139 Q Okay. Um did he reimburse that to you since the you weren't able to move in?
140 A Um no. What happened was he put it towards the house that I am going to move
141 into on the 1st.

142 Q And you said that you are moving into another property he owns on 24th Place?
143 A Yup. Yup. 24th Place on the 1st.

144 Q Okay. Um what is the rent of the 24th Place? Is that the same?
145 A $650. It's lesser. It's a duplex.

146 Q Is it about the same size of living area?
147 A No. It is not. This is a 2 bedroom. That house was a 3 bedroom. Um it doesn't.
148 It's just one level. It's a duplex and upstairs so it's just one level. Um the house
149 was. It had a basement and um the regular floor.

150 Q Have you already signed a new rental agreement for the place on 24th?
151 A No. I am going to do that tomorrow.

152 Q Okay. I think those are all the questions that I had to ask. Oh um you made a
153 comment about the um you liked something about this house. Something about
154 the kitchen?
155 A The kitchen.

5

Jennifer Williams statement
49-9W10-651

156    Q  What was.
157    A  It was a beautiful kitchen.

158    Q  Okay and you said.
159    A  It was roomy and not too cramped together.

160    Q  I'm sorry what was that?
161    A  It was very roomy and not too cramped. You know like typical kitchens are small.
162        This one was a lot roomer.

163    Q  Okay.
164    A  That's why I took the house.

165    Q  And the so you said it was freshly painted and there was new carpet?
166    A  Yup.

167    Q  Um was there any ah debris or stuff laying around there from the last tenant
168        when you looked at it?
169    A  No. Not when I looked at it.

170    Q  Okay. It was all cleaned up ready to move in?
171    A  Yes.

172    Q  Okay. All right. Um those are all the questions I had to ask of you. I do
173        appreciate your time. Again you were aware the conversation.
174    A  Um I'm sorry about the delay and I'm glad that I finally caught you.

175    Q  You are busy.
176    A  I am hoping I didn't hold up anything. Um.

177    Q  No.
178    A  And it was great talking to you.

179    Q  No. You've been great.
180    A  Any more questions like I said you can give me a call leave a voicemail. I have
181        your number or anything else you can give me a call back.

182    Q  Okay. Before you hang up I do just want to end the recorded portion of this.
183        Again you were aware that.
184    A  Oh okay.

Jennifer Williams statement
49-9W10-651

| | | |
|---|---|---|
| 185 | Q | You were aware the conversation was recorded? |
| 186 | A | Yes, I was. |
| | | |
| 187 | Q | And all the answers you provided are true and correct? |
| 188 | A | Yes, they are. |
| | | |
| 189 | Q | Okay. The time is 1:24. Thank you for that. I am going to shut the recorder off |
| 190 | | now. |

EXHIBIT E