# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**CRAFTON MOORE,**

    **Plaintiff,**

    v.      **Case No. 18-cv-539**

**STATE FARM FIRE AND
CASUALTY COMPANY,**

    **Defendant.**

## SCHEDULING ORDER

On May 14, 2018, the Court conducted a scheduling conference in accordance with Fed. R. Civ. P. 16. Appearing on behalf of the plaintiff was Attorney Nathaniel Cade Jr.; appearing on behalf of the defendant was Attorney Mark Malloy. The parties are advised to review this Order carefully and to seek guidance promptly from the Court if any provision herein causes confusion or uncertainty.

**NOW, THEREFORE, IT IS HEREBY ORDERED**:

1. The parties shall make their Fed. R. Civ. P. 26(a)(1) initial disclosures no later than **May 28, 2018.**

2. The parties may join other parties and amend the pleadings no later than **June 15, 2018.**

3. A telephonic status conference to discuss whether case shall be referred for mediation will be held on **November 1, 2018 at 10:00 a.m.** before Magistrate

Judge Jones . The parties shall call the Court's conference line at 877-848-7030 and use access code 3866147# to join the call.

4. The plaintiff shall disclose all expert witnesses (including in-house experts), in accordance with Fed. R. Civ. P. 26(a)(2) and Civil L.R. 26(b) no later than **January 15, 2019.** Deposition of experts should be taken within 45 days of designation.

5. The defendant shall disclose all expert witnesses (including in-house experts), in accordance with Fed. R. Civ. P. 26(a)(2) and Civil L.R. 26(b) no later than **March 15, 2019.** Deposition of experts should be taken within 45 days of designation.

6. Any motion challenging the qualifications of a designated expert must be made within 90 calendar days after the deposition of that expert.

7. All requests for discovery must be served by a date sufficiently early so that all discovery in this case can be completed no later than **November 15, 2018**. Depositions shall be conducted in a manner consistent with the Court's Deposition Procedures (attached). If the parties are unable to resolve any discovery disputes through the meet-and-confer process required by Civil L.R. 37, the parties must promptly bring such disputes to the Court's attention through a pre-motion conference. The Court will either resolve the dispute during the conference or will request focused briefing to resolve the dispute quickly.

2

Case 2:18-cv-00539-DEJ   Filed 05/15/18   Page 2 of 3   Document 17

8. All dispositive motions, together with briefs, are to be filed in accordance with Civil L.R. 56 (E.D. Wis.) and not later than **March 30, 2019.** Unless permission is sought and received prior to filing, principal briefs in support of and in opposition to summary judgment shall not exceed 8,000 words, and reply briefs shall not exceed 4,000 words. Words shall be counted in the manner specified in Fed. R. App. P. 32(f). These word limitations replace the page limits specified by Civil L.R. 56(b)(8)(A). A week after the motion is fully briefed, the parties are directed to contact the Court to schedule a hearing.

9. The provisions of Fed. R. Evid. 502(d) are in effect for this case and are to be construed liberally to effect its protections.

Dated at Milwaukee, Wisconsin, this <u>15th</u> day of May, 2018.

**BY THE COURT:**

*s/ David E. Jones*
DAVID E. JONES
United States Magistrate Judge