UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| CRAFTON MOORE, | ) | |
| | ) | Case No.: 18-CV-00539 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| STATE FARM FIRE AND | ) | |
| CASUALTY COMPANY | ) | |
| Defendant. | ) | |

**ORDER GRANTING DEFENDANT'S REQUEST TO TAKE EVIDENTIARY DEPOSITION OF MICHAEL QUICK ON JANUARY 23, 2020**

The above titled action came before the Court, the Honorable Nancy Joseph presiding, on Defendant State Farm Fire & Casualty Company's request to take the evidentiary deposition of Michael Quick on January 23, 2020 at 1:00 p.m. at the offices of Meissner Tierney Fisher & Nichols. Having reviewed and considered the request of counsel, IT IS HEREBY ORDERED:

1. Defendant State Farm Fire & Casualty Company may take the videotaped evidentiary deposition of Michael Quick, to be played to the jury at trial, on January 23, 2020 at 1:00 p.m. at the offices of Meissner, Tierney, Fisher & Nichols.

SO ORDERED:

Dated: _____, 2019.

_____
Nancy Joseph
United States Magistrate Judge