UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CRAFTON MOORE, | Case No.: 18-CV-539 |
| Plaintiff, | |
| v. | |
| STATE FARM FIRE AND CASUALTY COMPANY | |
| Defendant. | |

## ORDER GRANTING DEFENDANT'S REQUEST TO TAKE EVIDENTIARY DEPOSITION OF MICHAEL QUICK ON JANUARY 23, 2020

The above titled action came before the Court, the Honorable Nancy Joseph presiding, on Defendant State Farm Fire & Casualty Company's request to take the evidentiary deposition of Michael Quick on January 23, 2020 at 1:00 p.m. at the offices of Meissner Tierney Fisher & Nichols. Having reviewed and considered the request of counsel, IT IS HEREBY ORDERED:

1. Defendant State Farm Fire & Casualty Company may take the videotaped evidentiary deposition of Michael Quick, to be played to the jury at trial, on January 23, 2020 at 1:00 p.m. at the offices of Meissner, Tierney, Fisher & Nichols.

SO ORDERED:

Dated: December 13, 2019.

*s/Nancy Joseph*
NANCY JOSEPH
United States Magistrate Judge