THE MILWAUKEE CENTER
111 EAST KILBOURN AVENUE, 19TH FLOOR
MILWAUKEE, WI 53202-6622

MTFN.COM
MAIN 414.273.1300
FAX 414.273.5840



APRIL K. TOY
ATTORNEY AT LAW
AKT@MTFN.COM

January 8, 2020

**VIA ECF**
Honorable Nancy Joseph
United States Courthouse, Room 253
517 East Wisconsin Avenue
Milwaukee, WI 53202

      Re:    Crafton Moore v. State Farm Fire and Casualty Company
                  *Eastern District of Wisconsin Case No 18-CV-00539*

Dear Judge Joseph:

      We represent State Farm Fire & Casualty Company in the above-reference matter. We write to formally request an extension of the deadline to file the 26(a)(3) submissions, inclusive of the proposed Special Verdict, proposed Voir Dire, proposed Jury Instructions and Motions in *Limine*. We have conferred with Attorney Nathanial Cade, who does not oppose an extension as follows:

- The Parties have until January 14, 2020 to file all 26(a)(3) submissions, inclusive of the proposed Special Verdict, proposed Voir Dire, proposed Jury Instructions and Motions in *Limine*.

- Any opposition to the Rule 26(a)(3) submissions are due January 20, 2020.

      The remaining dates on the Court's June 25, 2019 Order [Doc # 42] will remain unchanged. Should the Court need any additional information to address our request for an extension, please do not hesitate to contact us.

      Very truly yours,

      *April K. Toy*

      April K. Toy

cc:    Nathaniel Cade , Jr. (via ECF)