UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CRAFTON MOORE, | ) |
| | ) Case No.: 18-CV-00539 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| STATE FARM FIRE AND | ) |
| CASUALTY COMPANY | ) |
| Defendant. | ) |

## SPECIAL VERDICT

QUESTION 1: Was the March 4, 2017 fire an accidental and direct physical loss from the standpoint of Crafton Moore?

    Answer: _____

    Yes or No

If you answered "yes" to Question 1, answer proceed to Question 2. If you answer "no" then stop.

QUESTION 2: Did Crafton Moore expect or intend to cause or bring about the March 4, 2017 fire?

    Answer: _____

    Yes or No

If you answered "no" to Question 2, then proceed to Question 3. If you answer "yes" then stop.

QUESTION 3: Did Crafton Moore intentionally conceal or misrepresent any material fact or circumstance related to the March 4, 2017 fire?

Answer: _____

Yes or No

If you answered "no" to Question 3, then proceed to Question 4. If you answer "yes" then stop.

QUESTION 4: What amount of money, if any, will compensate Crafton Moore for his damages in this case?

Answer: $_____

We, the jury, unanimously find the verdict to be as indicated in our answers to the above questions.

Dated this 14th day of January 2020.


MEISSNER TIERNEY FISHER & NICHOLS S.C.

s/Mark D. Malloy

| **Mailing Address**: | Mark D. Malloy |
| --- | --- |
| 111 E. Kilbourn Ave., 19th Fl. | State Bar No: 1035066 |
| Milwaukee, WI 53202 | mdm@mtfn.com |
| Phone: 414-273-1300 | April K. Toy |
| Fax: 414-273-5840 | State Bar No: 1068416 |
| | akt@mtfn.com |
| | **Attorneys for Defendant,** |
| | **State Farm Fire and Casualty Company** |