UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CRAFTON MOORE, | ) |
| | ) Case No.: 18-CV-00539 |
| Plaintiff, | ) |
| v. | ) |
| STATE FARM FIRE AND | ) |
| CASUALTY COMPANY | ) |
| Defendant. | ) |

**DEFENDANT STATE FARM FIRE AND CASUALTY COMPANY'S
PROPOSED VOIR DIRE**

State Farm Fire and Casualty Company ("State Farm") submits the following proposed questions to the venire in this lawsuit:

1. State Farm is an insurance company. State Farm issued a policy of insurance to Crafton Moore.

    a. Has anyone heard of State Farm?

    b. Is anyone insured with State Farm?

    c. If so, does it affect your view of the case?

    d. Does anyone feel that they cannot treat State Farm the same as they would treat any other individual?

    e. Does it affect your ability to hear the evidence in an impartial manner?

2. Have you been involved in a lawsuit with an insurance company?

    a. Describe the nature of the case.

    b. Were you satisfied with the defense?

    c. Does your experience impact your view of this case?

  3. Have you ever submitted a claim to an insurance company for the payment of a claim?

    a. Describe the nature of the claim.

    b. Were you satisfied with the resolution of the claim?

  4. Has anyone on the panel ever suffered a fire at their home?

  5. What are your feelings about insurance companies?

  6. Do you think insurance companies should pay on claims that are not covered by the insurance policy?

  7. Does anyone believe that the Plaintiff should recover money because they filed a lawsuit?

  8. If the evidence shows that Ms. Moore caused or brought about the March 4, 2017 fire, are you willing to award no money?

  Dated this 14th day of January 2020.

           MEISSNER TIERNEY FISHER & NICHOLS S.C.

           s/Mark D. Malloy

**Mailing Address**:     Mark D. Malloy
111 E. Kilbourn Ave., 19th Fl.  State Bar No: 1035066
Milwaukee, WI 53202    mdm@mtfn.com
Phone: 414-273-1300     April K. Toy
Fax: 414-273-5840      State Bar No: 1068416
           akt@mtfn.com
           **Attorneys for Defendant,**
           **State Farm Fire and Casualty Company**