**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN**

CRAFTON MOORE

        Plaintiff,

   v.

STATE FARM FIRE AND
CASUALTY COMPANY,

        Defendant.

Case No.: 18-CV-00539

**SPECIAL VERDICT**

We, the jury, find as follows on the claims of the Plaintiff, Crafton Moore, against Defendant State Farm Fire and Casualty Company:

**QUESTION NO. 1:**

Did State Farm Fire and Casualty Company breach its insurance contract with Crafton Moore by denying his fire claim?

Answer: _____ YES      _____ NO

If you answered "Yes" to Question No. 1, then answer Question No. 2. If you answered "No" to Question No. 1, then do not answer any additional questions:

**QUESTION NO. 2:**

What amount of damages do you award Crafton Moore for:

Answer:    Loss of rent?                 $_____

              Damage to the Property?    $_____

**QUESTION NO. 3:**

Did State Farm Fire and Casualty Company act in bad faith by denying Crafton Moore's fire claim?

Answer: _____ YES  _____ NO

If you answered "Yes" to Question No. 3, then answer Question No. 4. If you answered "No" to Question No. 3, then do not answer any additional questions:

**QUESTION NO. 4:**

What amount of damages do you award Crafton Moore for State Farm Fire and Casualty's bad faith?

Answer:   $_____

**Please sign and date the form below:**

_____   _____
Presiding Juror

_____   _____

_____   _____

_____   _____