UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**CRAFTON MOORE**,

                Plaintiff,      Case No. **18-CV-539**

    v.

                                      **MINUTE SHEET**

**STATE FARM FIRE AND CASUALTY COMPANY**,

                Defendant.

| | | | |
|---|---|---|---|
| **Hon.** Nancy Joseph, presiding. | | **Deputy Clerk:** Amanda Chasteen | |
| **Type of Proceeding:** FINAL PRETRIAL CONFERENCE | | | |
| **Date:** January 24, 2020 at 10:00 AM | | **Court Reporter:** Liberty | |
| **Time Commenced:** 9:59:30 AM | | **Time Concluded:** 11:31:22 AM | |

**Appearances:**    **Plaintiff:**    Nathaniel Cade

                          **Defendant:**    Mark Malloy and April Toy

**Comments:**

The parties discuss housekeeping matters as to the upcoming jury trial. Discussion as to burden. The order of presentation with be defense first, and then plaintiff. Discussion as bifurcation and whether two juries will be required. The parties take the position that two separate juries are needed. The court intends to handle the breach of contract claim, and if needed, a second jury trial would be scheduled.

**Plaintiff's MOTIONS in Limine**
Motion Nos. 1 and 2 are **GRANTED.**
Motion No. 3 is **GRANTED**.
Motion No. 4 the court to take motion under advisement, if the parties have exhibits, they may submit them to the court.

**Defendant's MOTIONS in Limine**
Motion Nos. 1 and 2 are **GRANTED**.
Motion No. 3 –Agreements by defendant; there are clear differences between the statements.
The court will take under consideration as to the residual clause.
Discussion as to line of questions as to witness Mr. Moore, and Ms. Williams statements.
The court will take this under advisement; parties are orders to meet and attempt to come to an agreement on this matter. If an agreement is not made, the defendant is to provide their response in writing to the court.
Motion Nos. 4 and 5 are **GRANTED**.

Discussion as to defendant's letter to the court dated January 23, 2020 opposing Ms. Moore being allowed as a witness. If witness is to be allowed, asking for leave to depose witness if allowed to testify.
Discussion as to planned witnesses.
The court will allow Ms. Moore to be called as a witness, and also allowing the defendant more time to depose witness.
The parties discuss as to trial dates.