# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**CRAFTON MOORE**,

                Plaintiff,      Case No. **18-CV-539**

    v.

                                            **MINUTE SHEET**

**STATE FARM FIRE AND CASUALTY COMPANY**,

                Defendant.

---

**Hon. Nancy Joseph, presiding.**        **Deputy Clerk:** Amanda Chasteen

**Type of Proceeding:** STATUS CONFERENCE

**Date:** March 13, 2020 at 1:30 PM        **Court Reporter:** Liberty

**Time Commenced:** 1:39:34 PM        **Time Concluded:** 1:56:23 PM

**Appearances:**    **Plaintiff:**    Nathaniel Cade

                      **Defendant:**  Mark Malloy and Steven Miracle

**Comments:**

Discussion as to jury trial matters. The parties are in agreement with postponing the jury trial.
The Court postpones jury trial scheduled to begin on March 16, 2020.
The court sets this matter for a telephonic status conference for **April 27, 2020 at 9:00 AM.** The parties shall call the court's conference line at 877-336-1839 and use access code 5188910# to join the call. The court offers several available dates for future scheduling. Parties are to confer prior to conference re possible trial dates that would accommodate counsel and witnesses' schedules.