## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**CRAFTON MOORE**,

|  |  |  |
|---|---|---|
|  | Plaintiff, | Case No. **18-CV-539** |
| v. |  |  |
|  |  | **MINUTE SHEET** |
| **STATE FARM FIRE AND CASUALTY COMPANY**, |  |  |
|  | Defendant. |  |

---

**Hon. Nancy Joseph, presiding.**

**Deputy Clerk:** Amanda Chasteen

**Type of Proceeding:** STATUS CONFERENCE

**Date:** September 11, 2020 at 1:00 PM

**Court Reporter:** Zoom Audio

**Time Commenced:** 1:00 PM

**Time Concluded:** 1:25 PM

**Appearances:**  **Plaintiff:**  Nathaniel Cade

**Defendant:**  Mark Malloy

**Comments:**

Discussion as to current status of case, any outstanding matters, and motions in Limine. The parties are to notify the court no later than September 18, 2020 if there are any matters that need to be addressed by the court. Discussion as to jury trial preparations and precautions.

Discussion as to possible trial dates. The court sets this matter for a 3- day Jury Trial to begin on **January 11, 2020 at 8:00 AM.** A Final Pretrial Conference is set for **December 11, 2020 at 2:30 PM** via Zoom videoconference. The courtroom assignment will be given at a later date. Counsel is directed to contact Courtroom Deputy, Amanda Chasteen at 414-297-1831 to discuss trial preparations.