# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**CRAFTON MOORE**,

                Plaintiff,      Case No. **18-CV-539**

    v.

                          **MINUTE SHEET**

**STATE FARM FIRE AND CASUALTY COMPANY**,

                Defendant.

---

**Hon. Nancy Joseph, presiding.**     **Deputy Clerk:** Becky Ray

**Type of Proceeding:** FINAL PRETRIAL CONFERENCE

**Date:** December 11, 2020 at 2:30 PM

**Court Reporter:** Zoom Audio

**Time Commenced:** 2:37 PM     **Time Concluded:** 2:47 PM

**Appearances:**    **Plaintiff:** Nathaniel Cade

                  **Defendant:** Mark Malloy

**Comments:**

COURT discusses currently scheduled trial and COVID. All district courts in circuit, except this one, have suspended all jury trial until the end of January. ED-WI has not issued a general order, but most of the judges are not scheduling jury trials.

PLAINTIFF is concerned about numbers and increases into winter/next year. Fear of a fair trial with jurors being concerned about COVID. No issue with postponing.

DEFENDANT agrees and is also concerned with getting a well-meaning jury that will give its full attention. Proposes a status conference in the next 60 days.

COURT provides COVID precautions overview. Also expresses concerns with getting a pool of jurors. Court **ADJOURNS** the 1/11/21 jury trial and sets a **Status Conference for May 28, 2021 at 10:00 AM via Zoom**.