UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CRAFTON MOORE,

    Plaintiff,

v.                                                Case No. 18-CV-539

STATE FARM FIRE AND CASUALTY COMPANY,

    Defendant.

## SPECIAL VERDICT FORM

We, the jury, empaneled and sworn to try the issues in this action, being directed by the court to answer the following questions submitted to us for verdict, find and answer as follows:

You must answer each of the following questions:

Question No. 1:

Has State Farm proven by a preponderance of the evidence that the March 4, 2017 fire was not an accident from the standpoint of Crafton Moore?

**Answer:** _____      _____X_____
                       Yes                  No

Question No. 2:

Has State Farm proven by a preponderance of the evidence that Crafton Moore caused or procured the March 4, 2017 fire?

**Answer:** _____      _____X_____
                       Yes                  No

Question No. 3:

Did Crafton Moore intentionally conceal or misrepresent any material fact or circumstance related to the March 4, 2017 fire?

**Answer:** _____      _____X_____
                       Yes                  No

If you answered "Yes" to any of the above questions, stop do not answer any more questions.

If you answered "No" to all of the above questions, answer Question 4.

Question No. 4:

What amount of money, if any, do you award Crafton Moore for:

Loss of rent? $ 28,887.

Damage to the property? $ 134,233

*Please sign and date the final page of this verdict form.*

_____   11/17/21
Brenda VanRossenbeck             _____
Foreperson                        Date